# EXHIBIT 3

## Indictment

Defendant United States' Motion To Dismiss Plaintiff's Claim Against It

*Craig Jungwirth v. United States of America, et al.*, No. 1:18-cv-21726-MGC

Filed by __ DD __ D.C.

**Sep 15, 2016**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – FT. LAUD.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.

# 16-60248-CR-ZLOCH/HUNT

18 U.S.C. § 875(c)

**UNITED STATES OF AMERICA**

**vs.**

**CRAIG ALLEN JUNGWIRTH,**

**Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

On or about August 30, 2016, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### CRAIG ALLEN JUNGWIRTH,

did knowingly transmit in interstate commerce a communication containing a threat to injure the person of another, that is, members of the Wilton Manors LBGT (Lesbian, Bisexual, Gay, and Transgender) community, in that the defendant stated,

> My events are selling out cause you faggots are total patsies. None of you deserve to live. If you losers thought the Pulse nightclub shooting was bad, wait till you see what I'm planning for Labor Day . . . You can never catch a genius from MIT and since you faggots aren't dying from AIDS anymore, I have a better solution to exterminate you losers . . . I'm gonna be killing you fags faster than cops kill niggers. It's time to clean up Wilton Manors from all you AIDS infested losers.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MARC S. ANTON
ASSISTANT U. S. ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**                    **CASE NO.** _____

**vs.**

**CRAIG ALLEN JUNGWIRTH,**                    **CERTIFICATE OF TRIAL ATTORNEY**

                        **Defendant.**
_____/        **Superseding Case Information:**

**Court Division:** (Select One)

| | New Defendant(s) | Yes _____ No _____ |
|---|---|---|
| | Number of New Defendants | _____ |
| | Total number of counts | _____ |

_____ Miami          _____ Key West
__X__ FTL          _____ WPB      _____ FTP

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:      (Yes or No)      No
      List language and/or dialect      _____

4.    This case will take      2      days for the parties to try.

5.    Please check appropriate category and type of offense listed below:

      (Check only one)                              (Check only one)

| I | 0 to 5 days | X | Petty | |
|---|---|---|---|---|
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | x |
| V | 61 days and over | | | |

6.    Has this case been previously filed in this District Court?   (Yes or No) _____
If yes:
Judge:                              Case No.
(Attach copy of dispositive order)
Has a complaint been filed in this matter?      (Yes or No)      Yes
If yes:
Magistrate Case No.                16-6390-SNOW
Related Miscellaneous numbers:
Defendant(s) in federal custody as of      09/3/2016
Defendant(s) in state custody as of
Rule 20 from the

Is this a potential death penalty case? (Yes or No)      No

7.    Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____Yes      x      No

8.    Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____Yes      x      No

_____
MARC S. ANTON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 148369

*Penalty Sheet(s) attached                                        REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name:** <u>Craig Allen Jungwirth</u>

**Case No:** _____

Count #: 1

<u>Interstate transmission of threatening communications</u>

<u>Title 18, United States Code, Section 875(c)</u>

**\*Max. Penalty:** 5 years' imprisonment, 3 years' supervised release, $250,000 fine

Count #:

_____

_____

**\* Max. Penalty:**

Count #:

_____

_____

**\*Max. Penalty:**

Count #:

_____

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**