UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-21726-Civ-COOKE/GOODMAN

CRAIG JUNGWIRTH,

    Plaintiff,

vs.

UNITED STATES OF AMERICA, and
ELISA FRANCES GERMANO,

    Defendants.

_____/

## ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS

THIS MATTER is before me on Defendant United States of America's Motion to Dismiss (ECF No. 11) and Defendant Elisa Frances Germano's Motion to Dismiss (ECF No. 12). I have reviewed Defendants' Motions, Plaintiff's Responses in Opposition and Defendants' Replies thereto, the record, the relevant legal authorities, and the arguments made by the Parties at the Motion Hearing on November 28, 2018.

For the reasons stated at the Motion Hearing, it is hereby **ORDERED and ADJUDGED** as follows:

1. Defendant United States of America's Motion to Dismiss (ECF No. 11) is **GRANTED**.
2. Defendant Elisa Frances Germano's Motion to Dismiss (ECF No. 12) is **GRANTED**.
3. Plaintiff's Complaint is **DISMISSED** *with prejudice*. The Clerk of Court shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, Miami, Florida, this 21st day of December 2018.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*